IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03045-REB-KLM

HOMEWATCH INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

PACIFIC HOME CARE SERVICES, INC., a California corporation, and
GARAGIN VERTANESSIAN,

    Defendants.

_____

**ORDER STRIKING ANSWER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Answer filed by *pro se* Defendant Garagin Vertanessian on behalf of himself and Defendant Pacific Home Care Services, Inc. [Docket No. 9; Filed January 10, 2011]. As a preliminary matter, the Answer does not comply with the Local Rules in several respects, including that it does not contain a certificate of service as required by D.C.COLO.LCivR 5.1G; it is not double-spaced as required by D.C.COLO.LCivR 10.1E.; it does not contain a title as required by D.C.COLO.LCivR 10.1I.; and it does not contain a case caption as required by D.C.COLO.LCivR 10.1J.

    In addition, pursuant to D.C.COLO.LCivR 11.1A., pleadings can only be signed by an attorney or a *pro se* party on the party's behalf. A non-attorney *pro se* party cannot represent other parties in the action. *Vibe Techs., LLC v. Suddath*, No. 06-cv-00812-LTB-MEH, 2006 WL 3404811, at *5 (D. Colo. Nov. 22, 2006) (unpublished opinion) (citing 28 U.S.C. § 1654). Furthermore, a corporation cannot appear in federal court without representation of counsel. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03045-REB-KLM

HOMEWATCH INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

PACIFIC HOME CARE SERVICES, INC., a California corporation, and
GARAGIN VERTANESSIAN,

    Defendants.

_____

**ORDER STRIKING ANSWER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Answer filed by *pro se* Defendant Garagin Vertanessian on behalf of himself and Defendant Pacific Home Care Services, Inc. [Docket No. 9; Filed January 10, 2011].  As a preliminary matter, the Answer does not comply with the Local Rules in several respects, including that it does not contain a certificate of service as required by D.C.COLO.LCivR 5.1G; it is not double-spaced as required by D.C.COLO.LCivR 10.1E.; it does not contain a title as required by D.C.COLO.LCivR 10.1I.; and it does not contain a case caption as required by D.C.COLO.LCivR 10.1J.

    In addition, pursuant to D.C.COLO.LCivR 11.1A., pleadings can only be signed by an attorney or a *pro se* party on the party's behalf.  A non-attorney *pro se* party cannot represent other parties in the action.  *Vibe Techs., LLC v. Suddath*, No. 06-cv-00812-LTB-MEH, 2006 WL 3404811, at *5 (D. Colo. Nov. 22, 2006) (unpublished opinion) (citing 28 U.S.C. § 1654).  Furthermore, a corporation cannot appear in federal court without representation of counsel.  *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*,

506 U.S. 194, 201-02 (1993); D.C.COLO.LCivR 83.3D. Given the various pleading deficiencies set forth above,

IT IS HEREBY **ORDERED** that the Answer [#9] is **STRICKEN**.

IT IS FURTHER **ORDERED** that the Court extends Defendants' deadline to answer or otherwise respond to the Complaint to **February 4, 2011**. To this end, Defendant Vertanessian may file an Answer on his own behalf; however, he must comply with the Local Rules of this Court. Defendant Pacific Home Care Services, Inc. must respond to the Complaint through counsel.

Failure to comply with this Order may entitle Plaintiff to entry of default and default judgment against Defendants pursuant to Fed. R. Civ. P. 55.

Dated: January 11, 2011

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix